IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-01120-CMA-KLM

ALEXANDER NOEL GARCIA,

    Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S DEPT.,
J. SPILLIS, Sergeant,
WELLPATH,
D. WEATHERWAY,
MAY, Nurse,
MATTHEW GILLESPIE,
KEVIN, RN,
ADAMS COUNTY COMMISSIONERS,
ADAMS COUNTY DETENTION FACILITY,
LAWS, Chief, Adams County Deputy, and
EXECUTIVE DIRECTOR OF COLO DEPT. OF CORRECTIONS,

    Defendants.

## ORDER

    This matter is before the Court on Plaintiff Alexander Noel Garcia's Motion to Join Cases (Doc. # 61). The Motion is denied for the following reasons.

    Garcia asks the Court to consolidate this case with civil action no. 19-cv-00555-CMA-KLM. That case was dismissed for failure to prosecute in December of 2020, at which time the case was closed. Garcia filed numerous requests to reopen the case, and those requests were denied. Under F.R.C.P. 42, "actions before the court" may be

consolidated if they involve common questions of law or fact. See F.R.C.P. 42(a). In this case, however, civil action no. 19-cv-00555-CMA-KLM has been closed. Therefore, it is no longer "before the court," and, it cannot be consolidated with another action. As a result, Garcia's Motion (Doc. # 61) must be, and is, DENIED.

DATED: December 1, 2021

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge