IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-01120-CMA-KLM

ALEXANDER NOEL GARCIA,

    Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S DEPT.,
J. SPILLIS, Sergeant,
WELLPATH,
D. WEATHERWAY,
MAX, Nurse,
MATTHEW GILLESPIE,
KEVIN, RN, and
ADAMS COUNTY DETENTION FACILITY,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff Alexander Noel Garcia's Objection (Doc. # 99) to Judge Mix's Minute Order granting a defense request for an extension of time (Doc. # 89). The Motion is denied for the following reasons.

When a magistrate judge issues an order in a nondispositive matter, "[t]he district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." F.R.C.P. 72. The Court has closely reviewed both Judge Mix's Minute Order and Garcia's Objection, and it finds that the Minute Order is not clearly erroneous or contrary to law. Therefore, Garcia's

Objection (Doc. # 99) is OVERRULED, and Judge Mix's Minute Order (Doc. # 89) is AFIRMED.

DATED: January 13, 2021

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge